FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH GREENE;<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC., a Delaware Corporation; ROE business organizations I-X; DOE INDIVIDUALS I-X;<br><br>    Defendants. | Case No. 2:19-cv-02129-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including January 17, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defense counsel is still investigating the facts of this matter and the holidays are approaching.

- 1 -

FP 36664261.1

This is the first request for an extension of this deadline.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | James P. Kemp, Esq. |
| 300 S. Fourth Street #1500 | 7435 W. Azure Drive #110 |
| Las Vegas. NV 89101 | Las Vegas, NV 89130 |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate Judge

Dated: _____

December 16, 2019