# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELIZABETH GREENE,

    Plaintiff,

vs.

GLOBAL EXPERIENCE SPECIALISTS, INC., a Delaware Corporation; ROE business organizations I-X; DOE INDIVIDUALS I-X,

    Defendants.

2:19-cv-02129-APG-VCF

**ORDER**

Before the court is the Stipulated Discovery Plan and Scheduling Order (ECF NO. 29).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulated Discovery Plan and Scheduling Order (ECF NO. 29) is scheduled for 2:00 PM, March 20, 2020, in Courtroom 3D.

DATED this 28th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE