# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELIZABETH GREENE,

    Plaintiff,

vs.

GLOBAL EXPERIENCE SPECIALISTS, INC.,

    Defendant.

2:19-cv-02129-APG-VCF

**ORDER**

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing scheduled for 10:00 AM, March 20, 2020, will be held by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE