FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH GREENE; | Case No. 2:19-cv-02129-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| GLOBAL EXPERIENCE SPECIALISTS, INC., a Delaware Corporation; ROE business organizations I-X; DOE INDIVIDUALS I-X; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:_____/s/_____ | By:_____/s/_____ |
| Scott M. Mahoney, Esq. | James P. Kemp, Esq. |
| 300 S. Fourth Street #1500 | 7435 W. Azure Drive #110 |
| Las Vegas. NV 89101 | Las Vegas, NV 89130 |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:__August 31, 2020_____

- 1 –

FP 38556430.1